UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BRIAN BREWER, et. al.,

        Plaintiffs,

    v.

INDYMAC BANK, et al.,

        Defendants.

NO. CIV. S-08-1211 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendants' Motion to Dismiss the First Amended Complaint is continued to the court's law and motion date of January 30, 2009. Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than January 9, 2009.  The Defendants may file and serve a reply on or before January 16, 2009.

    2.  Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 78-230(c).

///

3.   Plaintiffs' counsel shall file his response to the order to show cause on or before January 9, 2009.

4.   A hearing on the order to show cause will be set if one is deemed necessary.

IT IS SO ORDERED.

DATED: November 3, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE