UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRIAN K. BREWER AND SUZANNE L. BREWER,

        Plaintiffs,

   v.

INDYMAC BANK, RESIDENTIAL MORTGAGE CAPITAL, and JAMES CHAPMAN,

        Defendants.

NO. CIV. S-08-1211 FCD DAD

ORDER FOR SANCTIONS

On November 3, 2008, plaintiffs' counsel, Mr. Duane L. Tucker, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion. The court ordered counsel to file his response to the Order to Show Cause on or before January 9, 2009. On January 10, 2009 plaintiffs' counsel filed a non-opposition to the Order to Show Cause.

The court makes the following orders:

1. Mr. Duane L. Tucker shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiffs' counsel **not later**

**than ten (10) days** from the filing of this Order for Sanctions.

2. This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

**IT IS SO ORDERED.**

DATED: January 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE