UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BRIAN K. BREWER, and SUZANNE
K. BREWER,

             Plaintiffs,

    v.

FEDERAL DEPOSIT INSURANCE
CORPORATION,

             Defendant.

NO. CIV. S-08-1211 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE
RE SANCTIONS</u>

----oo0oo----

1.   The hearing on Defendant Federal Deposit Insurance Corporation's Motion to Dismiss is continued to September 4, 2009, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than August 21, 2009.  The Defendant may file and serve their reply on or before August 28, 2009.

2.   This is the second time plaintiffs' counsel has failed to file an opposition brief.  Therefore, plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $300.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

3.   Plaintiffs' counsel shall file his response to the order to show cause on or before August 21, 2009.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: July 27, 2009

_____
FRANK C. DARRELL, JR.
UNITED STATES DISTRICT JUDGE

2