UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                            JUDGMENT IN A CIVIL CASE

**BRIAN K. BREWER, ET AL.,**

                                            CASE NO: **2:08–CV–01211–FCD–DAD**

      v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/9/09**

                                                **Victoria C. Minor**
                                                Clerk of Court

    ENTERED: **September 9, 2009**

                                  by: /s/ R. Becknal
                                              Deputy Clerk